UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERRICK STEWART, on behalf of himself,
FLSA Collective Plaintiffs, and the Class,

                Plaintiff.

– v.–

HUDSON HALL LLC
   d/b/a MERCADO LITTLE SPAIN,
HUDSON HALL HOLDINGS LLC
   d/b/a MERCADO LITTLE SPAIN,
THINK FOOD GROUP, LLC,
and JOSÉ RAMON ANDRÉS PUERTA
   a/k/a JOSÉ ANDRÉS,

                Defendants.

**ORDER**

20 Civ. 885 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the following schedule shall apply to Defendants' motion to dismiss:

1. Defendants' motion shall be due **May 29, 2020**.

2. Plaintiff's opposition shall be due **June 12, 2020**.

3. Defendants' reply, if any, shall be due **June 19, 2020**.

Dated: New York, New York
       May 15, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge