UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERRICK STEWART, on behalf of himself, FLSA Collective and the Class,

                Plaintiff,

against

HUDSON HALL LLC, d/b/a MERCADO LITTLE SPAIN, et al.,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 885 (PGG) (SLC)

**ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

**SARAH L. CAVE,** United States Magistrate Judge.

The Initial Conference scheduled for Thursday, June 25, 2020, at 10:00 am will now be held by telephone. The parties are directed to call the Court's conference line at the scheduled time: 866-390-1828, access code 3809799. All parties who intend to speak during the call must use a landline or phone with equivalent quality. On receipt of this order, each party is directed to ensure that all other parties on the case are aware of the conference date and time.

Dated:    New York, New York
            May 26, 2020

                                      SO ORDERED

                                      _____
                                      SARAH L. CAVE
                                      **United States Magistrate Judge**