UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERRICK STEWART, on behalf of himself, FLSA Collective and the Class,

                Plaintiff,

against

HUDSON HALL LLC, d/b/a MERCADO LITTLE SPAIN, et al.,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 885 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties were ordered to file their Report of Rule 26(f) Meeting and Proposed Case Management Plan, via ECF, by Thursday, June 18, 2020.  (ECF No. 30). They failed to do so.  The parties are ORDERED to file the documents by **Monday, June 22, 2020**, including an explanation for the delay.


Dated:    New York, New York
           June 19, 2020

                              SO ORDERED

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**