UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERRICK STEWART, on behalf of himself, FLSA Collective and the Class,

            Plaintiff,

against

HUDSON HALL LLC, d/b/a MERCADO LITTLE SPAIN, et al.,

            Defendants.

CIVIL ACTION NO.: 20 Civ. 885 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

An Initial Conference was held today, June 25, 2020. The parties are directed to file a joint status report regarding the outcome of their private mediation by **Friday, October 30, 2020**. The parties are directed to meet-and-confer regarding Plaintiff's request to amend the complaint in lieu of moving forward with Defendants' fully briefed motion to dismiss (ECF No. 23), and file a joint letter regarding the outcome of the meet-and-confer. If the parties are unable to agree regarding the amendment, Plaintiff may move for leave to file an amended complaint.

Dated:    New York, New York
             June 25, 2020

                              SO ORDERED

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**