UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERRICK STEWART, on behalf of himself, FLSA
Collective and the Class,

                              Plaintiff,

          against

HUDSON HALL LLC, d/b/a MERCADO LITTLE SPAIN,
et al.,

                              Defendants.

CIVIL ACTION NO.: 20 Civ. 885 (PGG) (SLC)

**TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference was held today, **September 16, 2020**, regarding Defendants'
Letter-Motion for an anticipated motion for a protective order.  (ECF No. 42).  Defendants'
request to file a motion for a protective order is GRANTED.  Defendants are directed to file their
motion for a protective order by **Friday, October 2, 2020**.  Plaintiff is directed to respond by
**Monday, October 19, 2020**.  Defendants are directed to reply by **Monday, October 26, 2020**.

A Telephone Conference is scheduled for **Wednesday, September 30, 2020, at 3:00 pm**
regarding Plaintiff's Letter-Motion for an anticipated motion to compel class discovery.  (ECF No.
46).  Defendants are directed to respond to the Letter-Motion by **Monday, September 21, 2020**
and Plaintiff is directed to reply by **Wednesday, September 23, 2020**.  The parties are directed to
call the Court's conference line at the scheduled time: (866) 390-1828; access code: 380-9799.

The Clerk of Court is respectfully directed to close ECF No. 42.

Dated:        New York, New York
              September 16, 2020

SO ORDERED

SARAH L. CAVE
**United States Magistrate Judge**