FOX ROTHSCHILD LLP
Carolyn D. Richmond, Esq.
Glenn S. Grindlinger, Esq.
Matthew C. Berger, Esq.
101 Park Avenue, 17th Floor
New York NY 10178
(T):  (212) 878-7900
(F):  (212) 692-0940

*Attorneys for Defendants Hudson Hall LLC, Hudson Hall Holdings LLC, Think Food Group LLC, and José Ramon Andrés Puerta a/k/a José Andrés*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DERRICK STEWART, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,*<br><br>        Plaintiffs,<br><br>        v.<br><br>HUDSON HALL LLC<br>        d/b/a MERCADO LITTLE SPAIN,<br>HUDSON HALL HOLDINGS LLC<br>        d/b/a MERCADO LITTLE SPAIN,<br>THINK FOOD GROUP, LLC,<br>and JOSÉ RAMON ANDRÉS PUERTA<br>        a/k/a JOSÉ ANDRÉS,<br><br>        Defendants. | Case No. 1:20-cv-00885-PGG-SLC<br><br>Oral Argument Requested |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying the Declaration of José Ramon Andrés Puerta, Certification of Glenn S. Grindlinger, Esq. and the exhibits attached thereto, and Memorandum of Law, Defendants Hudson Hall LLC, Hudson Hall Holdings LLC, Think Food Group LLC, and José Ramon Andrés Puerta a/k/a José Andrés (collectively, "Defendants"), by and through their undersigned counsel, will move this Court before the Honorable Sarah L. Cave,

on a date and time to be determined by the Court, for an order pursuant to Rule 26(c)(1) of the Federal Rules of Civil Procedure for a protective order precluding Plaintiff from taking José Ramon Andrés Puerta's deposition or, in the alternative, holding Mr. Andrés Puerta's deposition in abeyance until after the Court rules on Defendants' pending Motion to Dismiss.  Defendants also seek an order granting Defendants costs, fees, and disbursements together with such other and further relief as the Court deems just, proper, and equitable.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's September 16, 2020, Order, Plaintiff's response, if any, shall be filed no later than October 19, 2020, and reply papers shall be filed no later than October 26, 2020.

Dated: New York, New York
      October 2, 2020

Respectfully submitted,

FOX ROTHSCHILD LLP

By: */s/ Glenn S. Grindlinger*
    Carolyn D. Richmond
    Glenn S. Grindlinger
    Matthew C. Berger
    crichmond@foxrothschild.com
    ggrindlinger@foxrothschild.com
    mberger@foxrothschild.com
    101 Park Avenue, 17th Floor
    New York, NY 10178
    (212) 878-7900

*Attorneys for Defendants Hudson Hall LLC, Hudson Hall Holdings LLC, Think Food Group LLC, and José Ramon Andrés Puerta a/k/a José Andrés*