# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

Writer's Direct:   212-465-1188
cklee@leelitigation.com

October 19, 2020

**Via ECF**

The Honorable Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *Stewart v. Hudson Hall LLC et al*
            Docket No.: 20-cv-00885 (PGG) (SLC)

Dear Judge Cave:

      We are counsel to Plaintiff. We write with Defendants consent to inform the Court that Defendants' motion pursuant to Federal Rules of Civil Procedure 26(c)(1) (ECF Dkt. Nos. 50-52) will be unopposed by Plaintiff.

      Defendants' motion was filed on October 2, 2020. Plaintiff's opposition was due by October 19, 2020, and Defendants' Reply was due by October 26, 2020. As stated above, Plaintiff does not intend to interpose an opposition.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc:   all parties via ECF