UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERRICK STEWART, on behalf of himself, FLSA Collective and the Class,

                      Plaintiff,

against

HUDSON HALL LLC, d/b/a MERCADO LITTLE SPAIN, et al.,

                      Defendants.

CIVIL ACTION NO.: 20 Civ. 885 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 2, 2020, Defendants Hudson Hall LLC, Hudson Hall Holdings LLC ("Holdings"), Think Food Group LLC ("Think"), and José Ramon Andrés Puerta ("José Andrés") moved for a protective order (the "Motion") pursuant to Federal Rule of Civil Procedure 26(c)(1) "precluding Plaintiff from taking [José Andrés'] deposition, or, in the alternative, holding [Mr. Andrés'] deposition in abeyance until after the Court rules on Defendants' pending Motion to Dismiss." (ECF No. 50 at 2).[1]

On October 19, 2020, Plaintiff filed a Letter notifying the Court that Plaintiff will not oppose the Motion. (ECF No. 54).

---

[1] The Court issued a Report and Recommendation on October 19, 2020. (ECF No. 53).

Accordingly, Defendants' Motion is GRANTED as unopposed by Plaintiff. The Clerk of Court is respectfully directed to close ECF No. 50.

Dated: New York, New York
October 20, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**