UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERRICK STEWART, on behalf of himself, FLSA Collective and the Class,

                    Plaintiff,

against

HUDSON HALL LLC, d/b/a MERCADO LITTLE SPAIN, et al.,

                    Defendants.

CIVIL ACTION NO.: 20 Civ. 885 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 25, 2020, the Court directed the parties to file a joint status report regarding the outcome of their private mediation by Friday, October 30, 2020.  (ECF No. 40).  The parties have not done so.  Accordingly, the parties shall file their joint status report no later than **Friday, November 13, 2020.**

Dated:     New York, New York
             November 4, 2020

SO ORDERED

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**