101 Park Avenue, Suite 1700
New York, NY 10178
Tel 212.878.7900
Fax 212.692.0940
www.foxrothschild.com

GLENN S. GRINDLINGER
DIRECT DIAL: 212-905-2305
EMAIL: GGRINDLINGER@FOXROTHSCHILD.COM

November 4, 2020

**VIA ECF**

Hon. Sarah L. Cave
United States Magistrate Judge
United States District Court,
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Stewart v. Hudson Hall LLC, *et al.***
**Civil Action No. 1:20-cv-00885 (PGG-SLC)**

Dear Judge Cave:

Defendants Hudson Hall LLC, Hudson Hall Holdings LLC, Think Foods Group LLC, and José Ramon Andrés Puerta a/k/a José Andrés (collectively, "Defendants"), together with Plaintiff Derrick Stewart ("Plaintiff"), submit this joint status report in response to Your Honor's November 4, 2020, Order directing the parties to advise the Court of the outcome of their private mediation. *See* Dkt. No. 56. The parties attended a Court-ordered mediation on June 8, 2020, which was unsuccessful in resolving this matter.

If Your Honor has any questions or concerns, the parties are happy to answer them at the Court's convenience.

A Pennsylvania Limited Liability Partnership

California Colorado Delaware District of Columbia Florida Georgia Illinois Minnesota Nevada
New Jersey New York North Carolina Pennsylvania South Carolina Texas Virginia Washington

116002872



Fox Rothschild LLP
ATTORNEYS AT LAW

Hon. Sarah L. Cave
November 4, 2020
Page 2

Respectfully submitted,

*/s/ Glenn S. Grindlinger*

Glenn S. Grindlinger

cc: All Counsel of Record (*via* ECF)

116002872