| CO FILE | DEPT CLOCK | VCHR NO. | | |
|---|---|---|---|---|
| P0G 001880 | 0000095724 1 | | | |

# Earnings Statement

ADP®

HUDSON HALL LLC
60 COLUMBUS CIR
NEW YORK, NY 10023

Period Beginning: 05/13/2019
Period Ending: 05/19/2019
Pay Date: 05/23/2019

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  NY: 0
  New York Cit: 0

DERRICK STEWART
102-55 184TH ST
2
QUEENS NY 11423

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 40.00 | 680.00 | 3,789.30 |
| Overtime | 25.5000 | .20 | 5.10 | 5.10 |
| **Gross Pay** | | | **$685.10** | 3,794.40 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | | 6.02 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -69.70 | 368.78 |
| | Social Security Tax | -42.47 | 235.25 |
| | Medicare Tax | -9.94 | 55.02 |
| | NY State Income Tax | -28.19 | 139.43 |
| | New York Cit Income Tax | -19.55 | 98.02 |
| | NY SUI/SDI Tax | -0.60 | 4.20 |
| | NY Paid Family Leave Ins | -1.05 | 5.80 |
| **Net Pay** | | **$513.60** | |
| **Net Check** | | **$513.60** | |

Your federal taxable wages this period are $685.10

© 2000 ADP, LLC

HUDSON HALL LLC
60 COLUMBUS CIR
NEW YORK, NY 10023

P0G                                               1-2/210
**Payroll check number:** 0000095724
Pay date: 05/23/2019

Pay to the order of: **DERRICK STEWART**

This amount: FIVE HUNDRED THIRTEEN AND 60/100 DOLLARS          $513.60

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243
VOID NON-NEGOTIABLE  VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS

CHASE
162 Fifth Ave
New York, NY 10010

ADP®
ADP AUTHORIZED SIGNATURE

Hudson Hall 0035

⑈000095724⑈ ⑆021000021⑆ 528309326⑈