UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERRICK STEWART, on behalf of himself, FLSA Collective and the Class,

                    Plaintiff,

-v-

HUDSON HALL LLC, d/b/a MERCADO LITTLE SPAIN, et al.,

                    Defendants.

CIVIL ACTION NO.: 20 Civ. 885 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On April 14, 2021, the Court issued a Report and Recommendation (the "R&R" (ECF No. 105)) concerning Plaintiffs' Motion to Amend (ECF No. 90).  By **Friday, April 30, 2021**, Plaintiffs shall file a letter:  (i) confirming that the Motion to Certify Class (ECF No. 102) and Memorandum of Law in Support of Plaintiff's Motion to Certify Class and Approve Class Counsel (ECF No. 103) are final, and replace the previously-filed Motion to Certify Class (ECF No. 95); and (ii) addressing whether the R&R affects the Motion to Certify Class.

Dated:      New York, New York
             April 23, 2021

                                              SO ORDERED

                                              _____
                                              **SARAH L. CAVE**
                                              **United States Magistrate Judge**