# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

December 9, 2021

**Via ECF**
The Honorable Judge Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Stewart v. Hudson Hall LLC, et al.*
      Case No.: 1:20-cv-00885

Dear Judge Gardephe:

We are counsel to Plaintiff in the above referenced matter. We write today, with the consent of Defendants, to respectfully request a three (3) week extension of time for Plaintiff to object to the Report and Recommendation issued by Judge Cave on November 29, 2021 [ECF 129].

Parties are engaged in settlement discussions, and the purpose of this extension is to allow the parties opportunity to continue these discussions without diverting efforts to what may become a mooted issue.

This is Plaintiff's first request for an extension, which would move Plaintiff's deadline to object from December 13, 2021 to January 3, 2022.

Thank you for your time and consideration.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: December 14, 2021