**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DERRICK STEWART,

                              Plaintiff,

                 -v-

HUDSON HALL LLC,
        d/b/a MERCADO LITTLE SPAIN,
THINK FOOD GROUP, LLC
JOSE RAMON ANDRES PUERTA,
        a/k/a JOSE ANDRES,
                              Defendants.

**Case No.**: 1:20-cv-00885(PGG)(SLC)

**RULE 68 JUDGMENT**

        **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants

Hudson Hall LLC, Think Food Group, LLC and Jose Ramon Andres Puerta a/k/a Jose Andres

(collectively, "Defendants"), having offered to allow Plaintiff Derrick Stewart ("Plaintiff") to take

a judgment against them, in the sum of Twenty Thousand Dollars and No Cents ($20,000.00),

inclusive of all damages, liquidated damages, statutory damages, penalties, compensatory

damages, punitive damages, monetary damages, losses, interest, costs, and attorney's fees, in

accordance with the terms and conditions of Defendants' Rule 68 Offer dated January 14, 2022

and filed as Exhibit A to Docket Number 134;

        **WHEREAS**, on January 18, 2022, Plaintiff's attorney having confirmed Plaintiff's

acceptance of Defendants' Offer of Judgment (Dkt. No. 134);

        It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of

Plaintiff Derrick Stewart, in the sum of Twenty Thousand Dollars and No Cents ($20,000.00), in

accordance with the terms and conditions of Defendants' Rule 68 Offer dated January 14, 2022

and filed as Exhibit A to Docket Number 134.

**SO ORDERED:**

Dated: February 1, 2022
       New York, New York

_____
Paul G. Gardephe
United States District Judge